UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BELRON US, INC
2400 Farmers Drive
Columbus, Ohio 43235

      Plaintiff,

vs.

EDWARD LEE
35 Larch Court
Fishkill, New York 12524

      Defendant.
-------------------------------------------------------------X

08 CIV. 7278

Docket No. _____

RULE 7.1
STATEMENT

JUDGE ROBINSON

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Belron US, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Belron US Inc.'s parent company is Belron SA, which is 74% owned by D'Ieteren, a publicly traded company in Belgium.

    Respectfully submitted,
    Hodges Walsh and Slater, LLP
    Attorneys for Plaintiff,
    Belron US, Inc.

    *Paul E. Svensson*

    Paul E. Svensson (3403)
    George S. Hodges (4573)
    55 Church Street, Suite 211
    White Plains, New York 10601
    914-385-6000(office)
    914-385-6060(fax)
    psvensson@hwslaw.com
    ghodges@hwslaw.com

-2-

**OF COUNSEL:**

William G. Porter II (0017296)
Robert A. Harris (0059549)
Michael C. Griffaton (0062027)
Thomas Fusonie (0074201)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
(614) 464-6400 Telephone
(614) 464-6350 Facsimile

Attorneys for Plaintiff,
Belron US, Inc.